EMMA M. STOCK and Others, Respondents, *v.* WILLIAM DUNHAM MANN and Others, Respondents.

NATHAN RICHMAN, Purchaser, Appellant.

PER CURIAM. The effect of the decision of this court, as indicated by the opinion,* was to relieve the purchaser from his bid, and the only purpose of the remittal to Special Term was for the correction of jurisdictional defects, for a resale, and for such further procedure in the action as may be necessary. All concur. Motion denied.

In the Matter of the Claim of CORA E. MAHER, Appellant, against NATHAN M. MERRILL and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, unless the claimant perfects appeal by the 15th of February, 1931, and is ready to argue case at the March term, in which event motion is denied. (See *Matter of Coyle* v. *Howell, Fields & Goddard, Inc.*, 228 App. Div. 388.)

In the Matter of the Claim of JOSEPH DIMISA, Respondent, against JULIAN F. DETMER, Doing Business as DETMER NURSERIES, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of TONY VINCENT, Respondent, against ALLERTON HOUSE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument and for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of A. PANGRAZIO, Respondent, against EBSARY GYPSUM CO., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of GERTRUDE COSTELLO, Respondent, against LUDLUM STEEL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument and for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of JEANNE MARIA BUCCOS, Respondent, against CHARLES H. MORAN, JR., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument and for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the insurance carrier.

In the Matter of the Claim of ANGELO ARGDPLANE, Respondent, against MADDOX TABLE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument and for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier.

In the Matter of the Claim of NORMAN RALPH WESTFELT, Respondent, against ATLAS FURNITURE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument and for leave to appeal to the Court of Appeals denied.

* See 229 App. Div. 19.— [REP.